IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWIRLATE IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-249 (CFC) |
| | ) |
| LANTRONIX, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER TO
DISMISS WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(2) and (c), Plaintiff Swirlate LLC and Defendant Lantronix, Inc., hereby stipulate, subject to the approval and order of the Court, that all claims and counterclaims asserted between Plaintiff and Defendant be dismissed WITHOUT PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| CHONG LAW FIRM P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Jimmy Chong | /s/ Jeremy A. Tigan |
| Jimmy Chong (#4839) | Jeremy A. Tigan (#5239) |
| 2961 Centerville Road | 1201 North Market Street |
| Suite 350 | P.O. Box 1347 |
| Wilmington, DE 19808 | Wilmington, DE 19899 |
| (302) 999-9480 | (302) 658-9200 |
| patent@chonglawfirm.com | jtigan@morrisnichols.com |
| *Attorneys for Plaintiff Swirlate IP LLC* | *Attorneys for Defendant Lantronix, Inc.* |

September 14, 2022

SO ORDERED this _____ day of September, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE