# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>    Plaintiff,<br>v.<br><br>**QUANTELA, INC.,**<br><br>    Defendant. | C.A. No. 1:22-cv-00235-CFC<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |
| **SWIRLATE IP LLC,**<br><br>    Plaintiff,<br>v.<br><br>**LANTRONIX, INC.,**<br><br>    Defendant. | C.A. No. 1:22-cv-00249-CFC<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## **PROPOSED ORDER**

WHEREAS, the Court issued a Memorandum Order in these cases on August 28, 2024 (D.I. 37 (-235), D.I. 38 (-249)) ("Order");

WHEREAS, Plaintiff has filed a Motion for Modification (D.I. __) ("Motion");

WHEREAS the Court has reviewed considered the Motion;

NOW THEREFORE, at Wilmington on this _____ day of September in 2024, it is HEREBY ORDERED:

*In camera* inspection of Swirlate's unredacted version of document production it submitted to the Court on March 14, 2024, along with any responsive

1

documents withheld from the March 14, 2024, that Swirlate produced on September 6, 2024, is referred to Judge _____ for their sole *in camera* inspection. To the extent any such documents are challenged for their privilege and/or work product designation, Judge _____ will inspect such documents in view of the privilege log submitted by Swirlate IP LLC and any further argument sought by the judge, and will issue an opinion and order on whether such challenged designations are proper before such documents are disclosed.

_____
Chief Judge, United States District Court

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all parties who have appeared in this case on September 6, 2024, and who are deemed to have consented to electronic service via the Court's CM/ECF system.

>                             */s/ Jimmy Chong*
>                             Jimmy Chong (#4839)